**BOUTIN JONES INC.**
Brian M. Taylor (SBN 214838)
Daniel S. Stouder (SBN 226753)
555 Capitol Mall, Suite 150
Sacramento, CA 95814-4603
Telephone: (916) 321-4444
Facsimile: (916) 441-7597
btaylor@boutinjones.com
dstouder@boutinjones.com

Attorneys for Plaintiff
Collicutt Energy Services Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLICUTT ENERGY SERVICES INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>TRINITY LOGISTICS, INC., a Delaware Corporation; M & L EXPRESS LLC, a Maryland Limited Liability Company; PLAY BOOK CARRIERS INC., an Illinois Corporation;<br><br>Defendants.<br><br>AND RELATED CROSS-CLAIMS | Case No. 2:22−CV−00364−TLN−CKD<br><br>**JOINT NOTICE OF TRIAL READINESS**<br><br>Date Action Filed: 2/24/2022 |

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Honorable Troy L. Nunley's Pretrial Scheduling Order, the parties submit this Joint Notice of Trial Readiness.

**Appropriateness of Special Procedures**

The parties do not anticipate any motions for bifurcation or other special procedures.

**Estimated Trial Length**

The parties estimate trial will take 3 days.

**Request for Jury**

Plaintiff has requested a jury trial.

1

JOINT NOTICE OF TRIAL READINESS

1322234.2

**Availability for Trial**

Plaintiff's counsel is unavailable for trial on the following dates: 7/17/23-7/21/23, 7/24-28/23, 8/7-11/23, 9/5-8/23, 9/11-22/23, 11/6-17/23, 12/5-12/23, 12/18-22/23, 1/16-22/24, 2/27/24-3/6/24, and 10/21/24-11/1/24.

Trinity's counsel is unavailable for trial on the following dates:

M&L's counsel is unavailable for trial on the following dates:

**Settlement Conference**

The parties conducted a mediation on June 14, 2023, with Louis P. Selig but were unable to reach a resolution. The parties do not think a settlement conference would be fruitful at this stage.

Plaintiff circulated this Joint Notice of Trial Readiness on Monday, June 26. Defendants Trinity Logistics, Inc. and M&L Express, LLC indicated they thought the Notice was premature.

Dated: June 28, 2023

**BOUTIN JONES INC.**
Attorneys at Law

By: /s/ Daniel S. Stouder
Brian M. Taylor
Daniel S. Stouder

Attorneys for Plaintiff
Collicutt Energy Services Inc.

Dated:

**Clyde & Co US LLP**
Attorneys at Law

By: _____

Attorneys for Defendant
Trinity Logistics, Inc.

Dated:                                **RESNICK & LOUIS, P.C.**
Attorneys at Law

By: _____

Attorneys for Defendant
M&L Express, LLC

*Collicutt v. Trinity, et al.*
USDC Eastern District of California Case No.: 2:22−CV−00364−TLN−CKD

# PROOF OF SERVICE
## [CCP §1013a]

The undersigned declares:

I am employed in the County of Sacramento, State of California. I am over the age of 18 years and not a party to the within action; I am employed by Boutin Jones Inc., 555 Capitol Mall, Suite 1500, Sacramento, California 95814.

On the date set forth below, I served the foregoing document(s) described as:

**JOINT NOTICE OF TRIAL READINESS**

☒ **by Notice Of Electronic Filing (NEF)**: service of the document(s) was effective on the following persons whom are registered participants of the Court's CM/ECF system, consented to electronic service, and received an electronic copy of the document(s) by the Clerk of the Court via Notice of Electronic Filing.

addressed to the person(s) on whom it is to be served, whose name(s) and address(es) are listed below:

| | |
|---|---|
| Conte Cicala<br>Clyde & Co US LLP<br>150 California Street, 15th Floor<br>San Francisco, CA 94111 \| USA<br>O: 415 365 9800<br>F: 415 365 9801<br>Conte.Cicala@clydeco.us | **Counsel for Defendant**<br>**TRINITY LOGISTICS, INC.** |
| Thomas M. Fedeli<br>Clyde & Co US LLP<br>355 S. Grand Ave., Suite 1400,<br>Los Angeles, CA 90071<br>T: (213) 358-7674<br>F: (213) 358-7650<br>Thomas.Fedeli@clydeco.us | |
| Robert A. Hufnagel<br>Angela C. Allard<br>RESNICK & LOUIS, P.C.<br>3350 Shelby Street, Suite 200<br>Ontario, CA 91764<br>Tel/Fax: (909) 906-1277<br>rhufnagel@rlattorneys.com<br>aallard@rlattorneys.com<br>lbremmer@rlattorneys.com (staff) | **Counsel for Defendant**<br>**M & L EXPRESS LLC** |

PROOF OF SERVICE
1322234.2

PLAY BOOK CARRIERS INC.,     **Defendant**
an Illinois Corporation     *Not Served.*
Sarvar Shugayev     *Default entered against Defendant.*
1144 McClurg Dr
Batavia , IL 60510

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on June 28, 2023 at Sacramento, California.

                           /s/ Madeline Enmark
                            MADELINE ENMARK
PROOF OF SERVICE
1322234.2

PLAY BOOK CARRIERS INC.,     **Defendant**
an Illinois Corporation     *Not Served.*
Sarvar Shugayev     *Default entered against Defendant.*
1144 McClurg Dr
Batavia , IL 60510

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on June 28, 2023 at Sacramento, California.

                       /s/ Madeline Enmark
                       MADELINE ENMARK